Star Finance Company v. Patrick J. Hickey. Star Finance Company v. Henry J. Entriken.— Motions granted, unless appellant complies with terms stated in orders. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Julia Keel v. Jobson & Gifford Company.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alice L. Ripley v. Guaranty Trust Company.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Ida Von Clausen.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Alfred Ottenheimer.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. George Dabney. The People of the State of New York v. William Ehrlich.— Motions granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John H. Edwards v. F. W. Carlin Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank Skidmore v. Foundry Iron Works.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John A. Kingsbury v. George Steiner.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Knickerbocker Dairy Company. — Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Browning, King & Company v. Henry Blau. Silas Feiber v. Home Silk Mills. Minnie Bojinsky v. Joel Borkowitz.—Applications denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Jacob Sackheim v. William G. Pigueron.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Benjamin F. Thomas.— Time extended to November 10, 1914. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles Yung v. Anna M. Blake.— Motion denied. Memorandum per curiam. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.